**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

FILED
MAR 01 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: March 1, 2012          Time in Court: 39 minutes

Case No.: CR 11-573-05 JSW          Judge: Jeffrey S. White

United States of America  v.  Tze Chao
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( )

John Hemann / Peter Axelrod          Daniel Lyons
U.S. Attorney                        Defense Counsel

Deputy Clerk: Jennifer Ottolini          Court Reporter: Kelly Shainline

**PROCEEDINGS**

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**  The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Superseding Indictment in violation of 18 USC § 1831(a)(5), Conspiracy to Commit Economic Espionage.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The parties shall submit a Joint Status Report on 9-6-12.

The Defendant remains on pretrial release.

The Defendant's appearance is excused for any other appearances unless ordered by the Court to appear.