UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALTER LIEW, and USA PERFORMANCE TECHNOLOGY, INC.<br>Defendants. | Case No. 11-cr-00573-JSW-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EX PARTE MOTION RE SEALING**<br><br>Re: Docket No. 972 |

On March 9, 2016, the Government filed an ex parte motion to filed sealed exhibits in support of the Government's brief on appeal. (Docket No. 972.) The Government asks this Court to unseal specified documents for the purpose of filing them under seal in the United States Court of Appeals for the Ninth Circuit, and it also seeks permission to file certain exhibits in the public record in the Ninth Circuit. The Government represents that Defendants contend the underlying materials are not trade secrets but otherwise do not oppose the motion.

It is not clear why the Government asks this Court for permission to file documents under seal in the Ninth Circuit, which has its own rules relating to filing documents under seal. *See* Circuit Rule 27-13(b), (c).

To the extent the Government asks the Court for access to those documents so that it can copy them for presentation to the Ninth Circuit, that request is granted. The seal on those documents shall be temporarily lifted so that the Government may have access to them and the Court grants the Government permission to copy the following Exhibits: 1, 2, 4, 5, 6, 9, 10, 13-15, 21, 23-32, 108, 161-163, and 918. The Court also temporarily lifts the seal on Mr. Liew's presentence investigation report so that the Government may have access to it and has permission

| 1 | to copy it. These documents shall otherwise remain under seal and not filed in this Court's public |
| 2 | record. |

Finally, the Government appears to ask that the Court unseal documents and permit those documents to be filed in the public record in the Ninth Circuit. However, the Government has not clarified whether it also seeks to have those documents filed in the public record in this Court. Therefore, the Court DENIES, without prejudice, the Government's request to file Exhibits 16, 239T, 257, 313, 317, 350T, 374, 387, 507, 511, 676, 679, 683, 722, 774, 775, 806, 814T, 848, 856, 878, 919 and 1256 in the public record, and those documents shall remain under seal. The seal on those documents shall be temporarily lifted so that the Government may have access to them and the Court grants the Government permission to copy them. In addition, the Court will revisit this request to lift the seal permanently, if the Government clarifies whether it also intends to have those documents filed in the public record in this Court.

IT IS SO ORDERED.

Dated: March 15, 2016

JEFFREY S. WHITE
United States District Judge