United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>    v.<br>TZE CHAO,<br>        Defendant. | Case No. 4:11-cr-00573-JSW-5<br><br>**ORDER REGARDING UPCOMING CRIMINAL PROCEEDINGS**<br>Re: Dkt. No. 1243 |

In light of the current public health emergency caused by the novel coronavirus disease (COVID-19), criminal proceedings have been conducted solely by telephone or by videoconference pursuant to the CARES Act, for a number of weeks. On June 1, 2020, limited in-court proceedings resumed for these specified proceedings: change of plea, sentencing, admission/disposition of Form 12s, and evidentiary hearings. The continued need to follow social distancing protocols will continue to limit the number of in-custody defendants that may be produced in court and the number of cases and people that can be accommodated in courtrooms. Accordingly, some changes of plea, sentencings, admissions/dispositions of Form 12s and evidentiary hearings may still need to be conducted by telephone or videoconference.

Additionally, because there is greater need for the telephone conference capabilities than there are resources available for defendants who are in custody, the Court will not be holding status or trial (and motions) setting conferences over the telephone. Instead, the court will decide those matters on the papers, or if defendant waives personal appearance, the court will hold a telephone conference at a date and time mutually agreeable to counsel for both sides. To assist the court in scheduling an appropriate proceeding, the court requests that defense counsel, after conferring with defendant and opposing counsel, provide the following information

for this case:

  **A.  Permissible In-Court Proceedings:**

    1.  ___Guilty plea

    2.  ___Sentencing

    3.  ___Form 12 Admission

    4.  ___Form 12 Disposition

    5.  ___Evidentiary Hearing (for a motion to suppress, supervised release violation hearing, or other hearing requiring witness testimony)

  If a guilty plea, is in-custody defendant willing to waive disclosure of the PSR before plea is entered so that plea may be taken at time sentence will be imposed?

  Yes ___ No___

  If yes, please provide a stipulated date for plea/sentencing that is no earlier than seventy-five (75) days from the referral for in-custody defendants and no earlier than ninety-five (95) days for out-of-custody defendants: _____

  If a Form 12 admission, will defendant be ready to be sentenced at the same time?

  Yes___ No___

  If no, is there any reason why the admission should not be continued to a time when the defendant is ready to be sentenced?

  No___ Yes ___

  If yes, please explain: _____

_____

_____.

  For any of the proceedings numbered 1–4, will the defendant waive their right to be present in the courtroom and proceed via telephone conference?

  Yes___ No___

  For any of the proceedings numbered 1–4, does the defendant wish to appear personally in court even if a further continuance of the proceeding may be required?

  Yes___ No___

2

1     **B.**    **Other Proceedings:**

2     1.    ___Status Conference

3     2.    ___Trial or Motions Setting Conference

4     3.    ___ Other (please specify nature of proceeding):_____.

For matters other than change of plea, sentencing, Form 12 admission/disposition, or evidentiary hearing, the Court expects that most issues can be resolved by stipulation of the parties, or by administrative motion which can be decided on the papers, and expects to proceed in that fashion, for in-custody defendants. However, for in-custody defendants who wish to waive their appearance, and for out-of-custody defendants, the court will conduct a telephonic status or setting conference.

Is a telephonic status conference desired?

Yes ___ No___

Will any in-custody defendant waive appearance?

    Yes ___ No___

Please file a status statement with responses to these questions by August 10, 2020.

**IT IS SO ORDERED.**

Dated: August 3, 2020

_____
JEFFREY S. WHITE
United States District Judge