DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:  (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

JENNIFER KENNEDY GELLIE (DCBN 1020976)
Trial Attorney, National Security Division
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel:  (202) 233-0785
    Tax: (202) 233-2146
    Jennifer.Gellie@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 4:11-CR-573-5 JSW |
|     Plaintiff, | ) |
| v. | ) JOINT STATUS REPORT RE: TZE CHAO |
| TZE CHAO, | ) AND ORDER GRANTING REQUEST TO CONTINUE, |
|     Defendant. | ) AS MODIFIED HEREIN |

    This parties have been ordered to file a status report with the Court regarding Defendant Tze Chao, ahead of a status conference currently scheduled for August 18, 2020.  *See* ECF No. 1270.

    1.    Since Defendant Chao pleaded guilty, the Court has held his case in abeyance while he has continued to cooperate with the United States pursuant to his Plea Agreement (Dkt. No. 75).  That cooperation will continue, including possible testimony, in light of the trial of the Pangang Group Defendants.[1]  That trial, however, remains delayed pending the Pangang Group Defendants' appeal of

---

[1] The "Pangang Group Defendants" refer collectively to the defendants Pangang Group Company, Ltd. ("Pangang Group"), Pangang Group Steel Vanadium & Titanium Company, Ltd.

the Court's Order denying dismissal based on foreign sovereign immunity and other grounds. Oral argument in that appeal was recently scheduled for October 15, 2020.

2. Defendant Chao and the United States believe that Defendant Chao's matter will not be ready for referral to the United States Probation Office for preparation of a Pre-Sentence Investigation Report until sometime after the trial of the Pangang Defendants. The government is currently considering filing a motion, which Defendant Chao would not oppose, to a preservation deposition pursuant to Fed. R. Crim. P. 15(a)(1).

3. The status conference scheduled for August 19, 2020, falls under the "Other Proceedings" referenced in section B of the Court's recent Order Regarding Upcoming Criminal Proceedings. *See* ECF No. 1270, p. 3. Responding to the Court's questions, the parties respond that Defendant is out of custody and respectfully request that, given that the appellate proceedings are ongoing, the status conference currently scheduled for August 18, 2020, be continued to Tuesday, November 17, 2020.

4. Alternatively, if the Court determines that the status conference should take place as scheduled on August 18, 2020, Defendant Chao and his counsel respectfully request that they be permitted to attend the conference by telephone or videoconference in light of the coronavirus pandemic, and Defendant waives personal appearance at this time.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

DATED: August 5, 2020.

*/s/ Colin Sampson*
COLIN C. SAMPSON
Assistant United States Attorney
JENNIFER KENNEDY GELLIE
Trial Attorney, National Security Division

DATED: August 5, 2020.

*/s/ with permission*
EDMUND DANIEL LYONS
Attorney for Defendant Chao

---

("PGSVTC"), Pangang Group Titanium Industry Company, Ltd. ("Pangang Group Titanium"), and Pangang Group International Economic & Trading Company ("PIETC").

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the status conference scheduled in this matter for August 18, 2020, is continued to November 24, 2020 at 1:00 p.m. ~~November 17, 2020~~, and the parties shall file a status report at least one week in advance of the hearing.

~~[Alternatively]~~

~~IT IS HEREBY ORDERED THAT the status conference herein will go forward as scheduled on August 18, 2020. Defendant and his counsel may attend the conference telephonically in light of the coronavirus pandemic. Defense counsel shall initiate his telephonic attendance as he may further be directed by Court order or the Court website.~~

Dated: August 5, 2020.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE