STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:  (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

MATTHEW J. MCKENZIE (NY 4791513)
    Trial Attorney
    Counterintelligence and Export Control Section
    National Security Division
    950 Pennsylvania Ave, NW
    Washington, DC 20530
    (202) 514-7845
    Matthew.McKenzie@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>TZE CHAO,<br><br>            Defendant. | CASE NO. 4:11-CR-573-5 JSW<br><br>JOINT STATUS REPORT RE: TZE CHAO AND [PROPOSED] ORDER |

This parties have been ordered to file a status report with the Court regarding Defendant Tze Chao, ahead of a status conference currently scheduled for November 2, 2021.  *See* ECF No. 1285.

    1.    Since Defendant Chao pleaded guilty, the Court has held his case in abeyance while he has continued to cooperate with the United States pursuant to his Plea Agreement (Dkt. No. 75).  That cooperation will continue, including possible testimony, in light of the trial of the Pangang Group Defendants.[1]

---

[1] The "Pangang Group Defendants" refer collectively to the defendants Pangang Group Company, Ltd. ("Pangang Group"), Pangang Group Steel Vanadium & Titanium Company, Ltd.

2. On September 9, 2021, mandate issued from the Ninth Circuit Court of Appeals as to the Pangang Group Defendants' appeal.  Although trial is currently scheduled for July 11, 2022, it is anticipated that the Pangang Defendants will file a dispositive motion which may throw the current trial date into question.

3. The government and Defendant Chao are currently engaged in discussions regarding his age, health, and ability to travel in light of the coronavirus pandemic which may constitute exceptional circumstances to support a motion for deposition to preserve testimony for trial pursuant to Federal Rule of Criminal Procedure 15(a)(1) given years of delay caused by the Pangang Defendants' lengthy appellate proceedings.

4. Although Dr. Chao would make himself available for a July 2022 trial, should further appellate proceedings delay trial further, the government will consider filing a motion, which Defendant Chao would not oppose, to a preservation deposition pursuant to Fed. R. Crim. P. 15(a)(1).

5. The status conference scheduled for November 2, 2021, falls under the "Other Proceedings" referenced in section B of the Court's current Order Regarding Upcoming Criminal Proceedings.  *See* ECF No. 1270, p. 3.  Responding to the Court's questions, the parties respond that Defendant is out of custody and respectfully request that, given that the appellate proceedings are ongoing, the status conference currently scheduled for November 2, 2021, be continued to Tuesday, April 19, 2022.

6. Alternatively, if the Court determines that the status conference should take place as scheduled on November 2, 2021, the parties will dial into the conference line provided by the Court's prior order (ECF No. 1285) to participate telephonically, given that Defendant and counsel for Defendant and the government will all be out of state on that date.  Defendant waives personal appearances at this time.

//

//

---

("PGSVTC"), Pangang Group Titanium Industry Company, Ltd. ("Pangang Group Titanium"), and Pangang Group International Economic & Trading Company ("PIETC").

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | STEPHANIE M. HINDS<br>Acting United States Attorney |
| DATED: October 26, 2021. | */s/ Colin Sampson*<br>COLIN C. SAMPSON<br>Assistant United States Attorney<br>MATTHEW MCKENZIE<br>Trial Attorney, National Security Division |
| DATED: October 26, 2021. | */s/ with permission*<br>EDMUND DANIEL LYONS<br>Attorney for Defendant Chao |

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the status conference scheduled in this matter for November 2, 2021, is continued to April 19, 2021, at 12:00 p.m., and the parties shall file a status report at least one week in advance of the hearing.

[Alternatively]

IT IS HEREBY ORDERED THAT the status conference herein will go forward as scheduled on November 2, 2021.  Defendant and his counsel may attend the conference by telephonic means.

Dated: _____, 2021.

_____
HONORABLE JEFFREY S. WHITE
SENIOR UNITED STATES DISTRICT JUDGE